**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Marcus Anthony GAGOT, Petitioner**

**No. 178 WAL 2017**

Supreme Court of Pennsylvania.

October 12, 2017

**ORDER**

PER CURIAM

AND NOW, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Joseph A. PIOLE, Respondent**

v.

**Charles J. PUPICH, Petitioner**

**No. 205 WAL 2017**

Supreme Court of Pennsylvania.

October 12, 2017

**ORDER**

PER CURIAM

AND NOW, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**